**Order entered May 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00277-CR

### MARIA CEGUDA PEREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court-Auxiliary Court No. 4B
### Dallas County, Texas
### Trial Court Cause No. TR-12-33781

## ORDER

The Court has received the clerk's record in this appeal, but not the reporter's record. Moreover, it is not clear from the documents in the clerk's record of whether the hearing in this case was recorded. Additionally, the clerk's record does not contain a copy of the trial court's certification of appellant's right to appeal.

Accordingly, we **ORDER** the court reporter of the County Court Auxiliary Court No. 4B to file, within **THIRTY DAYS** of the date of this order, either the reporter's record or written verification that the hearing was not recorded.

We **ORDER** the Dallas County Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing a copy of the trial court's certification of appellant's right to appeal.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to the Honorable Boyd Richie, Judge, County Court - Auxiliary Court No. 4B; the court reporter of the County Court-Auxiliary Court No. 4B; Dallas County Clerk's Office; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Maria Ceguda Perez, 5334 Kiamesha Way, Mesquite, Texas 75150.


/s/    DAVID EVANS
       JUSTICE